UNITED STATES DISTRICT COURT
SOUHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CHARLES ZIEGLER,

    Plaintiff,

-vs-                            CASE NO.: 9:19-cv-80492-RLR

OCWEN LOAN SERVICING, LLC,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, CHARLES ZIEGLER, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant OCWEN LOAN SERVICING, LLC, have reached a settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERIVCE

    I HEREBY CERTIFY that on this 4th day of September, 2019, I caused a copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

                                    */s/ David P. Mitchell*_____
                                    David P. Mitchell, Esquire
                                    MANEY & GORDON, P.A.
                                    101 E. Kennedy Blvd., Ste 1700
                                    Tampa, Florida 33602
                                    Telephone: (813) 221-1366
                                    Fax: (813) 223-5920
                                    Attorneys for Plaintiff
                                    David@MitchellConsumerLaw.com