UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 19-80492-CIV- ROSENBERG/REINHART

CHARLES ZIEGER,

      Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC,

      Defendant
                                         /

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, CHARLES ZIEGLER, and Defendant, OCWEN LOAN SERVICING, LLC, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above matter with prejudice. Both parties will bear their own fees and costs.

Dated this 8th day of January, 2020.

| | |
|---|---|
| */s/Aliza Malouf* | */s/ David P. Mitchell* |
| Aliza Malouf | David P. Mitchell |
| Florida Bar No.: 1010546 | Florida Bar No.: 067249 |
| Hunton Andrews Kurth LLP | Maney & Gordon, P.A. |
| 1445 Ross Avenue | 101 E. Kennedy Blvd., Suite 1700 |
| Suite 3700 | Tampa, Florida  33602 |
| Dallas, Texas 75202 | Tele: (813) 221-1366 |
| Tele: (214) 979-8229 | Fax: (813) 223-5920 |
| amalouf@huntonak.com | david@mitchellconsumerlaw.com |
| Counsel for Defendant | Counsel for Plaintiff |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

*/s/ David P. Mitchell*
David P. Mitchell, Esquire
Florida Bar No.: 067249